Scheindlin, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CHAUNCEY MORRIS,

                                 Plaintiff,

            -against-

THE CITY OF NEW YORK, NYC POLICE
OFFICERS JOHN DOES, NYC POLICE OFFICER
"JOE" MALDONADO, Shield #950,

                                Defendants.
-----------------------------------------------------------------x

**STIPULATION AND**
**ORDER OF DISMISSAL**

12 CV 7219 (SAS) (MHD)

2/15/13

        **WHEREAS**, the parties have reached a settlement agreement, the substance of which is memorialized in a Stipulation of Settlement and which is incorporated by reference herein; and

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice with the Court retaining jurisdiction to enforce the terms and conditions of the settlement as described in the substance of the Stipulation of Settlement.

| | |
|---|---|
| Law Office of James Meyerson<br>*Attorneys for Plaintiff*<br>64 Fulton Street, Suite 502<br>New York, NY 10038<br>212-513-1006<br><br>By: /s/ *James I Meyerson*<br>James I Meyerson<br>*Attorney for Plaintiff*<br><br><br>Dated: New York, New York<br>           Feb. 15, 2013 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York<br>and Maldonado*<br>100 Church Street, Rm. 3-201<br>New York, New York 10007<br><br>By: /s/ *Andrew Lucas*<br>Andrew Lucas<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>/s/<br>HON. SHIRA A. SCHEINDLIN<br>UNITED STATES DISTRICT JUDGE |

2